■ In the Matter of RICHARD SALAMONE, Petitioner, v ANTHONY M. LANDI, as Commissioner of Westchester County

Department of Public Works, et al., Respondents. [720 NYS2d 365] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Westchester County Department of Public Works, dated November 1, 1999, adopting the recommendation of a Hearing Examiner, which, after a hearing, found the petitioner guilty of misconduct and suspended him from his position for a period of two weeks.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The petitioner, employed as a plumber by the Westchester County Department of Public Works, was charged with nine counts of neglecting his duties and nine counts of falsifying time records. The Hearing Examiner determined, after a hearing, that the petitioner did not falsify his time records, but sustained the charges of neglect of duties. The determination was rational and is supported by substantial evidence in the record (*see, Matter of Rice v Hilton Cent. School Dist. Bd. of Educ.,* 245 AD2d 1104). "A reviewing court may not weigh the evidence or reject the choice made by the Hearing Officer where there is conflicting evidence and room for choice exists" (*Matter of McQueeney v Dutchess County Sheriff,* 223 AD2d 710, 711). Therefore, the determination is confirmed. Ritter, J. P., Altman, H. Miller and Schmidt, JJ., concur.